PROB 12C - (Rev. D/NM-8/2014)            COPY            6077133

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Juan Manuel Montes |
| Docket Number: | 1084 2:19CR01495 -001KG |
| Assigned Judge: | Honorable Kenneth J. Gonzales, United States District Judge |
| Date of Original Sentence: | 01/29/2020 |
| Original Offense: | 21 U.S.C. 841(a)(1): Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine and Aiding and Abetting |
| Original Sentence: | BOP: 63 months; TSR: 3 years |
| Date Supervision Recommenced: | 03/06/2023 |
| Date Supervision Expires: | 03/05/2025 |
| Other Court Action: | 09/29/2022: Request for Modifying the Conditions or Term of Supervision With the Consent of the Offender filed to add the special condition that the defendant reside at the residential reentry center (RRC) for up to six months. On October 6, 2022, the Court ordered the above modification. |
| | 11/04/2022: Petition for Revocation of Supervised Release filed for methamphetamine use and unsuccessful termination from the RRC. On January 10, 2023, the defendant was sentenced to four months custody, followed by two years supervised release. |

## PETITIONING THE COURT

No warrant requested. Emergency warrant issued.

U.S. Probation Officer of the Court, Laina M. Romero, alleges the defendant has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| SPC | You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of the program. |
| | On April 20, 2023, the defendant failed to attend his scheduled assessment with Counseling World, in Albuquerque, New Mexico. |
| SPC | You must reside in a residential reentry center for a term of (up to) six months. You must follow the rules and regulations of the center. |

On April 20, 2023, the defendant was unsuccessfully terminated from Diersen Charities residential reentry center in Albuquerque, New Mexico, after failure to return to the facility. His whereabouts are unknown.

The maximum statutory penalty:  5 years imprisonment; 5 years supervised release. (Class A Felony)
The revocation range of imprisonment:  3 to 9 months. (Grade C Violation, CHC I)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/21/2023.

Submitted:                                                  Approved:                                   ☒ Email

_Laina Romero_                                              _____
Laina M. Romero                                             Renee L. Camacho
U.S. Probation Officer                                      Assistant U.S. Attorney
Cell #: 505-980-9816

Date: 04/21/2023

2