UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   23-MJ-06374-MPK |
| | ) | |
| JUAN MANUEL MONTES, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF RULE 5(c)(3) PROCEEDING

I, Supervisory Deputy U.S. Marshal John Wickham of the United States Marshals Service, do hereby make oath before the Honorable M Page Kelley, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently an outstanding warrant of arrest for one Juan Manuel Montes on a violation filed in the District of New Mexico charging the defendant with a violation of the conditions of his supervised release—namely, "unsuccessful termination from the residential reentry center." I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
John Wickham
Supervisory Deputy U.S. Marshal

Subscribed and sworn to before me this _11_ day of August, 2023.

_____
Hon. M PAGE KELLEY
United States Magistrate Judge

04183-151
10840243

AO 442 (Rev. 08/14) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE

UNITED STATES DISTRICT COURT
for the
District of New Mexico

2022 NOV -7 AM 8: 22

LAS CRUCES, NEW MEXICO

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1084 2:19CR01495-001KG |
| Juan Manuel Montes | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay `Juan Manuel Montes`

None.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Drug use and termination of the Halfway House

Date: 11/4/2022

*Issuing Officer's signature*

City and state: Las Cruces, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____
at ( city and state ) _____.

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/11/2023

*Arresting officer's signature*

*Printed name and title*